**No. P68/413.**—Oxford Intnl. Corp. et al. *v.* United States, protests 60/17951, etc. (New York).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 30, 1968

**No. P68/414.**—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 65/15342, etc. (New York).

RAO, C. J.  In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of electric horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082) and that the items of merchandise marked "B" consist of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claims of the plaintiffs were sustained.